PHILLIP A. TALBERT
Acting United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2762
Fax: (916) 554-2900

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* SONDRA MADDEN,<br><br>Plaintiffs,<br><br>vs.<br><br>LEATHA HENDERSON, INDIVIDUALLY AND AS TRUSTEE OF THE LEATHA HENDERSON TRUST, AND DOES 1-30,<br><br>Defendant. | 2:15-cv-00195 KJM CKD<br><br>**ORDER ON THE UNITED STATES' NOTICE OF INTERVENTION FOR SETTLEMENT**<br><br>**FILED UNDER SEAL** |

The United States having intervened in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the Court rules as follows:

IT IS ORDERED that Relators' First Amended Complaint, the United States' Notice of Intervention, and this Order, be unsealed;

IT IS FURTHER ORDERED, unless or until further order of court, that all other previously-filed contents of the Court's file in this action remain under seal and not be made public, or served upon the defendants;

IT IS FURTHER ORDERED that the seal shall be lifted on all matters occurring in this action after the date of this Order.

ORDER ON THE UNITED STATES'
NOTICE OF INTERVENTION FOR SETTLEMENT                                1

1  IT IS SO ORDERED.

2  DATED: November 22, 2016

_____
UNITED STATES DISTRICT JUDGE

ORDER ON THE UNITED STATES'
NOTICE OF INTERVENTION FOR SETTLEMENT

2