PHILLIP A. TALBERT
Acting United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2762
Fax: (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA *ex rel.* SONDRA MADDEN,<br><br>Plaintiffs,<br><br>vs.<br><br>LEATHA HENDERSON, INDIVIDUALLY AND AS TRUSTEE OF THE LEATHA HENDERSON TRUST, AND DOES 1-30,<br><br>Defendant. | 2:15-cv-00195 KJM CKD<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL BY THE UNITED STATES AND RELATOR**<br><br>**FILED UNDER SEAL** |
|---|---|

Upon consideration of the Joint Stipulation of Dismissal filed by the United States and relator Sondra Madden (Relator), it is hereby ORDERED that:

1) All claims asserted in this action are dismissed with prejudice as to Relator;

2) All claims asserted in this action for the Covered Conduct as that term is defined in the Settlement Agreement between the United States, Relator, and Defendants are dismissed with prejudice as to the United States. All other claims asserted in this action are dismissed without prejudice as to the United States.

///

///

///

IT IS SO ORDERED.

DATE:  November 22, 2016

_____
UNITED STATES DISTRICT JUDGE